# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 MAY -2 AM 9: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
MEMPHIS

U.S.A. vs. __Charles Bess__         Docket No. __2:02CR20302-01__

## Petition on Probation and Supervised Release

COMES NOW __Edward E. Shaw__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Charles Bess__ who was placed on supervision by the Honorable __Bernice B. Donald__ sitting in the court at __Memphis, TN__ on the __3rd__ day of __January, 2003,__ who fixed the period of supervision at __three (3) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in the Home Detention program for five (5) months. [Completed.]
2. The defendant shall pay restitution in the amount of $9,000. [Balance: $6,700.00]
3. The defendant shall not open any new lines of credit or incur new credit purchases in excess of $1,000.00 without approval of the Probation Officer.
4. The defendant shall pay restitution in monthly installments in the amount equal to 10% of his monthly gross income. {Added by Order of the Court on April 6, 2004.}

\*   Supervised Release began on March 28, 2003.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Bess fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. Mr. Bess has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Mr. Tim Discenza, Assistant U. S. Attorney, has indicated that the government has no objection to early termination of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the defendant be discharged immediately from Supervised Release, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this __2nd__ day of __May__, 2005 and ordered filed and made a part of the records in the the above case. | Edward E. Shaw, U.S. Probation Officer<br>Electronic Monitoring Specialist |
| _/s/ Bernice Donald_<br>United States District Judge | Place: __Memphis, TN__<br>Date: __April 18, 2005__ |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-4-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:02-CR-20302 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT